## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 0:21-CV-60650-RKA

Plaintiff:
**WORLDTEC DISTRIBUTING CORP.,**
a Florida Corporation,
vs.
Defendant:
**BLUE JAY NUTRACEUTICALS,**
**LLC, a Texas limited liability company,**
**and RICK DELFIERRO, individually,**


PPJ2021002043

For: JORDAN KAY
    SKS LEGAL GROUP, P.A.

Received by Prestige Process on the 4th day of April, 2021 at 8:02 pm to be served on **BLUE JAY NUTRACEUTICALS, LLC C/O RICARDO DEL FIERRO, REGISTERED AGENT, 5909 AVOCET WAY, THE COLONY, TX 75056**, I, Marcus Diaz, being duly sworn, depose and say that on the 6 day of April, 2021 at 4:05 p.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving Angela wife of Rick Delfierro as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Female, Caucasian, brown hair, 5,6 height, weight 170, age 40-45

## AFFIDAVIT OF SERVICE For 0:21-CV-60650-RKA

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 7th day of April, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC


KATIA CASTILLO
Notary Public, State of Texas
Comm. Expires 05-04-2024
Notary ID 132462583

PROCESS SERVER # PSC #13928 / Expires 5/31/22
Appointed in accordance with State Statutes

Prestige Process
P.O Box 613634
Miami, FL 33261
(305) 490-4346

Our Job Serial Number: 2021002043

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z