**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-cv-60650-RKA**

WORLDTEC DISTRIBUTING CORP.,
a Florida Corporation,

    Plaintiff,

vs.

BLUE JAY NUTRACEUTICALS,
LLC, a Texas limited liability company,
and RICK DELFIERRO, individually,

    Defendants.
_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

    Plaintiff, WORLDTEC DISTRIBUTING CORP., a Florida corporation ("Worldtec" or "Plaintiff") hereby files this Response to Order to Show Cause dated April 9, 2021 [D.E. 6], and in support states as follows:

    1.    The Honorable Roy K. Altman entered an Order to Show Cause on April 9, 2021 [D.E. 6], why this case should not be dismissed for lack of subject-matter jurisdiction and requesting a complete list of Blue Jay's members and respective citizenship.

    2.    Defendant, Blue Jay Nutraceuticals, LLC ("Blue Jay") is incorporated under the laws of the State of Texas, with a principal place of business in Texas.

    3.    Upon information and belief, Rick DelFierro ("DelFierro") is the sole member of Blue Jay, and a citizen of Texas.

    4.    Blue Jay and DelFierro were served with the Complaint at a Texas address located at 5909 Avocet Way, The Colony, TX, where DelFierro resides with his wife Angela. *See* the Affidavits of Service on Defendants [D.E. 4 and D.E. 5].

5. It should be noted that DelFierro is also a party to this action who is being sued individually.

6. As noted above, Defendant, DelFierro is a citizen of Texas residing at 5909 Avocet Way, The Colony, TX.

7. As such, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as there is diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.00.

WHEREFORE, Plaintiff, WORLDTEC DISTRIBUTING CORP., respectfully requests that this Honorable Court enter an Order finding that Plaintiff has met its burden to show cause why this case should not be dismissed for lack of subject-matter jurisdiction, as required by the Court's Order to Show Cause dated April 9, 2021 [D.E. 6], and for any other relief deemed just and proper under the circumstances.

Dated: April 12, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**SKS LEGAL GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　101 NE Third Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　　　　Phone: 954.637.3713

　　　　　　　　　　　　　　　　　　　　　By: */s/ Robert C. Streit*
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. STREIT
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 70780